RECEIVED
NOV 24 2021
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

Nov 9th 2021

Clerk of Court,

My name is William Mitchell, I am currently being housed at David Wade Correctional Center in Homer, LA. I've just recently became aware of these new Federal guidelines dealing with offenders being held in solitary confinement for long periods of time. I've written letters to the Mental Health dept., Classication, numerous wardens and inmate counsels here at David Wade Correctional Center trying to recieve these 'Matrix' sanctions, that the Department of Public Safety and Corrections has adopted, ~~yet~~ in order to stop D.O.C. from haboring, actually Warehousing, us in these cells for so long of periods of time. I got locked up on December 15th 2020, went 10½ months without a write-up, soon as I wrote the letters to get these 'Matrix' guidelines, I was written up for a agg. Disobedience by a low ranking officer "Sgt. Chandler" for no wrong doing done on my end. I asked why he wrote me up, he stated that he only did what he was told to do. I'm 29 years old, been here close to 8 years, and ~~[illegible]~~ six years and two months of that, I've been kept on Solitary Confinement, with no opportunity at an education to better myself before entering society. Had it not been for an offender getting shipped up here from Angola, who's been down over 20 years, I wouldn't even know about the Matrix today. My father, Hector Hock, is 73 years old, due to me being so far upstate, over 7 hours away

from him, I have not been able to see him since 2011, he cannot drive such long distances. My mother and grandparents are deceased, he is all I have. I filed a Geographical transfer way in 2018, but they refuse to ship me. I do not know any other way to go about this. The inmate counsels who are suppose to help us say they are not allowed to give us this 'matrix' information, because administration here has told them not to. These people have no regard for authority, and unfortunately, I've been on the recieving end of this abuse. I plan to file suit about this confinement issue here, please send me any and all paperwork on this Matrix system. Today makes number 2,231 of days that I've been in a cell for 23 hours a day since arriving here in April of 2014. I am sending this to you 'certified' due to the mailroom officers intercepting mail going out to courts and advocacy centers as we reach out for help, have a blessed holiday season!

Respectfully,
x William Mitchell

William Mitchell #568962
D.W.C.C.
670 Bell Hill Rd.
Homer, LA
71040

Mr. William Mitchell #568962
D.W.C.C.
670 Bell Hill Rd.
Homer, LA
71040

US POSTAGE PITNEY BOWES
SHREVEPORT LA 710
24 NOV 2021 PM
ZIP 71040 $ 003.75
02 4W
0006376940 NOV 24 2021

FOREVER / USA

HOMER
NOV 24 2021
USPS

9414 7266 9904 2173 2133

CERTIFIED MAIL™

Clerks office
United States District Court
Middle District of Louisiana
777 Florida Street, Suite 139
Baton Rouge, LA
70801-1712

SCREENED
U.S. MARSHAL

70801-171739